UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Westfield Insurance Company, | Case No. 23-cv-2178 (WMW/TNL) |
| Plaintiff, | |
| v. | ORDER STAYING CASE |
| Water Gremlin Company, | |
| Defendant. | |

This matter is before the Court on Defendant Water Gremlin Company's Suggestion of Bankruptcy, ECF No. 12. Defendant notifies the Court that Defendant filed for Chapter 11 bankruptcy on October 27, 2023 in the United States Bankruptcy Court for the District of Delaware. *Id*. As of the date of this Order, Defendant's bankruptcy case is still pending.

The filing of a bankruptcy petition triggers an automatic stay of the "continuation . . . of a judicial . . . action or proceeding against the debtor that was or could have been commenced before the commencement of the [bankruptcy case], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy case]." 11 U.S.C. § 362(a)(1). Thus, Defendant's bankruptcy filing triggers an automatic stay of Plaintiff's case against Defendant under the United States Bankruptcy Code. Accordingly, the Court hereby stays this entire matter.

Lastly, to ensure this matter does not become stale, Defendant shall submit a status letter to the Court within 30 days of the conclusion of the bankruptcy case.

Date: November 2, 2023

<u>*s/ Tony N. Leung*</u>
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Westfield Insurance Company v. Water Gremlin Company*
Case No. 23-cv-2178
(WMW/TNL)